Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROBERT KORTER and LINDA KORTER,<br><br>Plaintiffs,<br><br>v.<br><br>SALLIE MAE, INC. and NAVIENT SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 3:16-cv-05596-RBL<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Robert Korter and Linda Korter (**Plaintiffs**) and defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc. f/k/a Sallie Mae, Inc. stipulate to dismiss all Plaintiffs' claims, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), each party to bear its attorneys' fees and costs.

///

///

///

///

{41255986;1}
STIPULATION OF DISMISSAL - 1
WITHOUT PREJUDICE
NO. 3:16-cv-05596-RBL

**JORDAN RAMIS PC**

2 Centerpointe Drive, Suite 600
Lake Oswego, Oregon 97035
Telephone.:  503-598-7070

1 | Respectfully submitted, the 24th day of March, 2017. | Respectfully submitted, the 24th day of March, 2017.

  /s/ Sharon D. Cousineau
Sharon D. Cousineau
Samwel Cousineau, PC
700 West Evergreen Blvd.
Vancouver, WA 98660
Tel. 360-750-3789
Fax 360-750-3788
sdcousineau@gmail.com

*Attorneys for Plaintiffs Robert Korter and Linda Korter*

  /s/ Carolyn A. Pearson
Carolyn A. Pearson
Jordan Ramis PC
2 Centerpointe Drive, Suite 600
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070
Facsimile: (503) 598-7373
Email: carolyn.pearson@jordanramis.com

*Attorneys for Defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc.*

{41255986;1} NOTICE OF APPEARANCE - 2
NO. 3:16-cv-05596-RBL

**JORDAN RAMIS PC**
2 Centerpointe Drive, Suite 600
Lake Oswego, Oregon 97035
Telephone.: 503-598-7070

**PROOF OF SERVICE**

I hereby certify that on the 24th day of March, 2017, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system and that I sent notice of the filing upon the following in the stated manner:

Sharon D. Cousineau
Samwel Cousineau, P.C.
700 W. Evergreen Blvd.
Vancouver, WA  98660

James J. Parr
Agruss Law Firm LLC
4809 Ravenswood Avenue, Suite 419
Chicago, IL 60640

*Attorneys for Plaintiffs*

                              *s/  Trish Madigan*

{41255986;1}PROOF OF SERVICE - 3
NO. 3:16-cv-05596-RBL

**JORDAN RAMIS PC**
2 Centerpointe Drive, Suite 600
Lake Oswego, Oregon 97035
Telephone.:  503-598-7070