Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| ROBERT KORTER and LINDA KORTER, | Case No.: 3:16-cv-05596-RBL |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| SALLIE MAE, INC. and NAVIENT SOLUTIONS, INC., | |
| Defendants. | |

Plaintiffs Robert Korter and Linda Korter (**Plaintiffs**) and defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc. f/k/a Sallie Mae, Inc. stipulate to dismiss all Plaintiffs' claims, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), each party to bear its attorneys' fees and costs.

///

///

///

///

{41255986;1}
STIPULATION OF DISMISSAL - 1
WITHOUT PREJUDICE
NO. 3:16-cv-05596-RBL

JORDAN RAMIS PC
2 Centerpointe Drive, Suite 600
Lake Oswego, Oregon 97035
Telephone.: 503-598-7070

| | |
|---|---|
| Respectfully submitted, the 24th day of March, 2017. | Respectfully submitted, the 24th day of March, 2017. |
| /s/ Sharon D. Cousineau<br>Sharon D. Cousineau<br>Samwel Cousineau, PC<br>700 West Evergreen Blvd.<br>Vancouver, WA 98660<br>Tel. 360-750-3789<br>Fax 360-750-3788<br>sdcousineau@gmail.com | /s/ Carolyn A. Pearson<br>Carolyn A. Pearson<br>Jordan Ramis PC<br>2 Centerpointe Drive, Suite 600<br>Lake Oswego, Oregon 97035<br>Telephone: (503) 598-7070<br>Facsimile: (503) 598-7373<br>Email: carolyn.pearson@jordanramis.com |
| *Attorneys for Plaintiffs Robert Korter and Linda Korter* | *Attorneys for Defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc.* |

IT IS SO ORDERED THIS 27th DAY OF March, 2017

_____
UNITED STATES DISTRICT COURT JUDGE

{41255986;1}NOTICE OF APPEARANCE - 2
NO. 3:16-cv-05596-RBL

JORDAN RAMIS PC
2 Centerpointe Drive, Suite 600
Lake Oswego, Oregon 97035
Telephone.: 503-598-7070